**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANET E. KERRICK, | : | Civil Action No. 4:16-cv-2415 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | | |

**ORDER**

**MAY 16, 2017**

Pursuant to the concurred-in Motion to Dismiss filed December 9, 2016, ECF No. 4, **IT IS HEREBY ORDERED** that the motion is **GRANTED.** The clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge